**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 11-6406**

───────────

ULYSSES P. GARDNER,

                Plaintiff - Appellant,

     v.

MILTON WESTBERG, Dr.; ROSE BROWN; JAMES W. VAUGHAN,

                Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (5:09-ct-03086-BO)

───────────

Submitted: May 26, 2011           Decided: June 1, 2011

───────────

Before KING, SHEDD, and DIAZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Ulysses P. Gardner, Appellant Pro Se.   Elizabeth Pharr
McCullough, Kelly Elizabeth Street, YOUNG, MOORE & HENDERSON,
P.A., Raleigh, North Carolina; Oliver Gray Wheeler, OFFICE OF
THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina,
for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ulysses P. Gardner appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we deny Gardner's motion for appointment of counsel and affirm for the reasons stated by the district court. Gardner v. Westberg, No. 5:09-ct-03086-BO (E.D.N.C. March 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED